USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

JOSE ERRAEZ MIRANDA,

Plaintiff,

-v-

NOERR TRUCKING, LLC and JERRELL LAMONT LAVENDER,

Defendants.

---------------------------------------------------------------------X

26-cv-6175 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

An Initial Pretrial Conference is scheduled in this matter for October 19, 2026 at 3:00 p.m. The parties were reminded to jointly submit, by one week prior to the conference, a proposed Case Management Plan and Scheduling Order consistent with the Court's Individual Practices. *See* Dkt. No. 5. No such document has been filed. The parties are directed to jointly submit a proposed Case Management Plan and Scheduling Order on ECF by the end of today, October 16, 2026.

SO ORDERED.

Dated: October 16, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge